The United States District Court
For The Western District of Missouri

SONS OF REBELS )
     Plaintiff )
  V. )
U.S. Department of Justice )
President Barrack H. Obama )
     Defendants )

Defendants are sued in the individual and official Capacity.

## Complaint

I. The representive for the Sons of Rebels is Randy Teter, he can be reached at Jefferson City Correctional, 8200 No more Victims Rd, Jefferson City, Mo 65101.

The Sons of Rebels is a white supremacist organization that also goes by SoR and founded by Randy Teter.

Defendant U.S. Department of Justic also known as the D.O.J. is a non-profit organization under 501(c)(3) that is used by the Executive Branch of the United States of America, Inc, Which is located at Robert F. Kennedy Bldg., 950 Pennesylvania Ave. NW. ste 4706,

Washington, D.C. 20530,

Defendant President Barrack H. Obama also known as President Obama or Obama, is the President of the United States of America, Inc. President Obama can be reach at the White House, 1600 W. Pennesylvania Ave, NW. Washington, D.C.

II. At this time, to the knowledge of SOR, these claims do not involve medical treatment, Plaintiff is however, reserving the right to amend the complaint if and when SOR becomes aware of any medical treatment related to these claims.

Plaintiff is further clarifying that "medical treatment" is not the same as "mental health treatment."

III. Plaintiff does demand a public Jury Trial.

IV. Plaintiff does request monatary and injunctive relief, which both actual and punitive damage will be announced before the closing of discovery but will be no lower than $120 million in actual and $300 million in punitive damage per every public school district in the U.S.

V. Not only are the wrongs in this complaint continuing to occur, they are getting worse every day.

## VI. Statement of Claim

Both Defendants, D.O.J. and President Obama has announced to this nation to every School district in this nation. That transgenders are to be allowed to choose any bathroom and/or locker room they feel comfortable using at any given time.

The Defendants, had threatened and coerced every School district in this nation. That if the School districts do not comply with the Defendants orders, then federal funding will be cut off from those School districts that do not comply.

The Defendants have refused to allow plaintiff to hold a Press Confrence to offer support to the American people who don't want to be slaves under the Obama's slave holder order.

When Defendant Obama had won the Presidential election 8 years ago he had to take an Oath to uphold the U.S. Constitution, which is and was founded on Democracy by our forefathers.

Therefore, Obama acknowledged to the world that as the U.S. President he has promised the people that he will up hold this nations Democracy. Meaning that no laws or programs will be passed nor taken away with out the peoples' vote.

Defendant Obama has violated his contract called an Oath to the American people.

Obama has done that by deceiving the American people which is Count one of this complaint. He has also violated the U.S. Constitution that he swore to up hold which is Count two.

On January 11, 1996, Barack Obama signed a contract promising to publicly support and associate himself with the New Party. The New Party was a Socialist Organization in Chicago, Illinois, that was deeply hostile to the idea of American Capitalism.

Threatening the Safety and welfare of the daughters, neices, sisters, sons, nephews and brothers is clearly Obama's intention.

Defendant President Obama has clearly stated "And sometimes our ideological Predispositions are just so fixed that we have trouble seeing the obvious. Once, while still in the Illinois Senate, I listened to a Republican Colleague work himself into a lather over a proposed plan to provide school breakfast to pre schoolers. Such a plan, he insisted, would crush their spirits of self-reliance. I had to point out that not to many five-year-olds

I knew were self-reliant, but children who spent their formative years to hungry to learn could very well end up being Charges of the State."

Defendant D.O.J. is just as guilty for over reaching their jurisdiction per the U.S. Constitution and the law by extorting, threating and coercing school districts and plaintiff's and plaintiff's allies' children as collateral and hostage negotiation tools,

Count One: Deceiving
and defaming the American
People.

Defendant Obama, has deceived not only the plaintiff, but also the American people. This was done whe defendant argued with one of his Republican Colleagues on how funding schools will benefit the childrens learning capabilities.

That arguement was a pure masquerade due to now Defendant Obama has no concern for the children unless the people follow his illegal orders that has never been passed by congress.

Furthermore, Defendant Obama has openly slandered not only the plaintiff, but also the American people of every nationality, gender, and color to the ~~American people~~ world that the Plaintiff and the American people are his

slaves and if plaintiff and the American people don't do what the slave holder wants, not only will defendant D.O.J. see that the slave holder gets what Obama wants, but the slave holder will see that the children suffer.

Defendant Obama is committing modern day white slavery which is in violation of the Thirteenth and Fourteenth Amendment of the U.S. Constitution.

Count Two: Constitutional Violation. Defendant Obama has openly violated the U.S. Constitution, which is based on the idea of federalism. Under federalism, the authority of the government is divided between the States and Central government. The Central government is further divided into three branches: the legislative, which makes the laws; the executive, which carries out the laws; and the Judicial, which interprets the laws. Under this Separation of Powers, no one part of government is able to ~~extend~~ dominate another. Each branch of government is able to exert its authority to prevent another branch from becoming to powerful.

Defendant Obama has violated the U.S. Constitution by:

1) making and enforcing an order upon

plaintiff and the American people that was not seen nor approved by Congress.

2) denying plaintiff the First Amendment right, freedom of press by not letting plaintiff hold a Press Conference to inform the American People that sons of Rebels will support them any way possible against Obama's orders and to seek Volunteers to regulate a militia to protect this land and the people by fighting the Islamic State.

Which is protected Constitutional rights of the First and Second Amendment of the U.S. Constitution.

3) Defendant Obama has further violated the plaintiff's and the American People's Eighth, Ninth, Tenth and Fifteenth Amendment of the U.S. Constitution.

a) The Defendants violated the Eighth Amendment by forcing the Plaintiff and the American People to pay an illegal excessive fine for the education, safety and the welfare of the Children, young adults, females, elders and those who may not be able to physically defend themselves in harms way.

The Eighth Amendment of the U.S. Constitution states: "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual Punishment inflicted."

b) The Defendants Violated the Ninth Amendment by enumerating in the Constitution Certain rights that do not exist but that deny other Constitutional rights retained by the plaintiff and the American people that have been given to the Plaintiff and the people by the founders of the U.S. Constitution and Congress.

The Ninth Amendment of the U.S. Constitution States: "The enumeration in the Constitution, of Certain rights, Shall not be Construed to deny or disparage others retained by the People."

C) The Defendants Violated the Tenth Amendment by forcing the plaintiff and the American people to obey and take heed to a law or order that are not delegated to the Defendants by the Constitution, and that are prohibited by the States, or the people and the Plaintiff.

The Tenth Amendment of the US Constitution States: "The powers not delegated to the United States by the Constitution, no prohibited by it to the States, are reserved to the States respectively, or to the people.

d) The Defendants Violated the Fifteenth Amendment of the plaintiffs and the American people by denying them the Constitutional right to vote on account of their previous Condition

of Servitude.

The Fifteenth Amendment of the U.S. Constition States: "1) The right of Citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, Color, or previous Condition of Servitude. 2) The Congress shall have power to enforce this article by appropriate legislation.

According to Article I of the U.S. Constitution Section 1, 7, and 8 the defendants have no authority or authorization to impose upon the plaintiff nor the People such malicious order or law. Fore neither defendant is a part of Congress.

Section 1 States: "All legislative powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

Section 7 (2) states: "Every bill which shall have passed the House of Representatives and the Senate, shall, before it becomes a law, be presented to the President of the United States; if he approves he shall sign it, but if not he shall return it, with his Objections to that house in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it...."

Section 8 States: "The Congress shall have Power

(1) To lay and collect taxes, duties, imposts, and excises, to pay the debts and provide for the common defense and general welfare of the United States; but all duties, imposts, and excises shall be uniform throughout the United States;

(2) To borrow money on the credit of the United States;

(3) To regulate Commerce with foreign nations, and among the several States, and with the Indian tribes;

(4) To establish a uniform rule of naturalization, and uniform laws on the subject of bankruptcies throughout the United States;

(5) To coin money, regulate the value thereof, and of foreign coin, and fix the standard of measures;

(6) To provide for the punishment of counterfiting the securities and current coin of the United States;

(7) To establish post offices and post roads,

(8) To promote the progress of science and useful arts by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries;

(9) To constitute tribunals inferior to the Supreme Court;

(10) To define and punish piracies and felonies committed on the high seas and offenses against the law of nations;

(11) To declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water;

(12) To raise and support armies, but no appropriation of money to that use shall be for a longer term than two years;

(13) To provide and maintain a navy;

(14) To make rules for the government and regulation of the land naval forces;

(15) To provide for calling forth the militia to execute the laws of the Union, suppres insurrections and repel invasions;

(16) To provide for organizing, arming, and disciplining, the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the States respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress;

(17) To exercise exclusive legislation in all cases whatsoever, over such district (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government

of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings,

There are, in the Constitution of the United States Article I Section 8 a total of 18 Subsections.

No where in them 18 Subsections does it say that Congress has the power granted to them to order, threaten, coerce, or bribe a Sovereign State, moreless a School district within that Sovereign State how to run their public schools.

Furthermore, even though, the United States has a U.S. Department of Education, the U.S. Dept. of Ed. is not part of the United States, It is a for profit Corporation whom the United States Contracts their Services out.

The U.S. Dept. of Ed. has no more authority to order, threaten, coerce, or bribe a Sovereign State, moreless a School district within any Sovereign State how to run their public schools, any more then the for profit Corporation Wal-mart or Toys-R-Us does.

The minute the U.S. Dept. of Ed. gave out its student loan and sought payment in return with interest. It was not eligable to be a non-profit under 501(c)(3)

Article II Section 2 (1) States as follows:
(1) The President (Defendant Obama) (emphasis added). Shall be Commander in Chief of the Army and Navy of the United States, and of the militia of the Several States, when called into the actual service of the United States; he may require the opinion, in writing, of the principle officer in each of the executive departments, upon any subject relating to the duties of their respective offices, and he shall have power to grant reprieves and pardons for offenses against the United States, except in cases of impeachment.

Article II Section 4 States as follows:
The President, Vice President, and all civil officers of the United States, Shall be removed from office on impeachment for, and conviction of, treason, <u>bribery</u>, or other high crimes and misdemeanors.

No where in Article II of the U.S. Constitution does it grant either defendant the power to order that school district that they must heed to the defendants' illegal orders and bribery to receive in return for financial aid from a central government.

Congress nor either defendant has any say so in regards to any public school districts on

any issue per the U.S. Constitution except for those within a ten mile raidious of the District of Columbia.

Furthermore, according to Article II Section 4 of the U.S. Constitution, Defendant Obama's illegal action of bribery alone is clearly enough for Congress to impeach Defendant Obama.

The Plaintiff, Sons of Rebels is directly and indirectly as well as the American People are extremely affected by defendants forcing a minority belief that the majority of the people are against.

Defendants have socially raped the plaintiff and in the process, they (Defendants) have and still are socially raping the American people spreading the deadly disease called STD = Socially Transmitted Disease. The definition for this disease is as follows: "A disease within the mind, body and soul, spread by society through the means of peer pressure, mass media organizations, esp., social media and the entertainment industry, In order to undermine or destroy our values, principles and core beliefs."

Defendants are further discriminating against plaintiff and the American Civilian

people by forcing our children to deal with and fear the life style of transgenders. But the defendants will not employ nor recruit transgenders into publicly monitored government offices, the pentagon, the U.S. military, or the White House.

## Relief

Plaintiff does request monetary and injunctive relief of a minimum of

a) $120 million in actual damage paid to every school district in this nation, and

b) $300 million in punitive damage paid to every school district in this nation, and

c) $120 thousand to plaintiff to fight ISIS and other terrorist groups, and

d) give the representitive of the plaintiff a press conferance of at least 2 hrs, and

e) defendants to publicly apologize to the American people for forcing ones beliefs on others when the Constitution does not give defendants the power to do so, and

f) whatever else the American People deems fit.

Respectfully Submitted

Randy Teter 1028240
Jeff. City. Corr. Center
8200 No more Victims Rd
Jefferson City, Mo 65101
—Representive for Plaintiff—

Randy Teter 1028240 $13-109
Jefferson City Correctional Center
8200 No more Victims Rd.
Jefferson City, MO 65101

Legal Mail

c/o U.S. District Court
Office of the Clerk
1510 Whittaker Courthouse
400 E. Ninth St.
Kansas City, MO 64106

LEGAL MAIL